THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER NOLAN, Appellant. [782 NYS2d 391]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Genesee County Court, Eric R. Adams, J.—Burglary, 3rd Degree.) Present—Pigott, Jr., P.J., Green, Pine and Hurlbutt, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINTON C. ROBINSON, JR., Appellant. [782 NYS2d 391]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Wayne County Court, Dennis Kehoe, J.—Rape, 1st Degree.) Present—Pigott, Jr., P.J., Green, Pine and Hurlbutt, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX B. STAKEL, Appellant. [782 NYS2d 391]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Allegany County Court, Thomas P. Brown, J.—Criminal Possession Marihuana, 3rd Degree.) Present—Pigott, Jr., P.J., Green, Pine and Hurlbutt, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY TRUESDALE, Appellant. [782 NYS2d 392]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Wyoming County Court, Mark H. Dadd, J.—Attempted Promoting Prison Contraband, 1st Degree.) Present—Pigott, Jr., P.J., Green, Pine and Hurlbutt, JJ.